IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA<br><br>v.<br><br>**AARON MARQUISE PIATT**<br><br>Defendant | Case No. 3:20-mj-00214-MMS<br><br> Apr 23 2020 |
|---|---|

**AFFIDAVIT IN SUPPORT OF**
**CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Ryan Borgeson, being duly sworn, hereby depose and state:

**TRAINING AND EXPERIENCE OF AFFIANT**

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF). Beginning in May 2018, I attended a 28-week ATF academy in Glynco, Georgia that certified me as an ATF Special Agent. I have been assigned to the Anchorage Field Office since December 2018. Since becoming a Special Agent with the ATF, I have participated in numerous federal, state and local investigations involving firearm traffickers, armed narcotic traffickers, felons in possession of firearms and ammunition and the use of firearms in furtherance of drug trafficking crimes and other crimes of violence. Many of these investigations have resulted in convictions for violations of federal firearm and narcotic laws.

2. During my tenure with the ATF, I have become familiar with the methods and techniques associated with the distribution of narcotics, the laundering of drug proceeds,

 Apr 23 2020

and the organization of drug conspiracies. In the course of conducting these investigations, I have been involved in the preparation, presentation and execution of numerous search and arrest warrants which have resulted in the recovery of firearms, narcotics, currency and documentary evidence indicative of firearm and narcotic trafficking organizations. Many of these investigations have resulted in arrests leading to convictions for violations of federal firearm laws and violations of the Controlled Substances Act. During these investigations, I have been involved in the use of the following investigative techniques: interviewing confidential sources, cooperating witnesses and defendants, conducting physical surveillance, conducting short-term undercover operations, and consensual monitoring and recording of both telephonic and non-telephonic communications.

**PURPOSE OF AFFIDAVIT**

3. This affidavit is submitted in support of a criminal complaint charging **AARON PIATT** with violation of Title 18, United States Code, Section 922(o)(1), making it unlawful for any person to knowingly possesses an unregistered machinegun and Title 18, United States Code, Section 924(c), making it unlawful for any person to possess a firearm in furtherance of drug trafficking.

4. I have participated in the investigation of the offense set forth below. The facts and information contained in this affidavit are based upon my personal knowledge, information obtained from federal, state and local law enforcement officers and information obtained from interviews and analysis of reports. Unless specifically indicated, all conversations


Apr 23 2020

and statements described in this affidavit are related in substance and in part only and are not intended to be a verbatim recitation of such statements.

5.  I have not set forth each and every fact learned during the course of this investigation. I have set forth only those facts which establish the foundation for probable cause. Facts not set forth herein are not being relied upon to establish probable cause. Nor do I request that this Court rely upon any facts not set forth herein in reviewing this affidavit in support of a criminal complaint.

## **PROBABLE CAUSE**

6.  Leading up to April 8, 2020, **AARON PIATT** was involved in a verbal altercation with victim 1 (V1). On April 8, 2020, **AARON PIATT** was located (via GPS ankle monitor) outside of a residence where V1 was located a few hours prior to a shooting that took place at that specific residence where multiple people were injured. AARON PIATT was equipped with a GPS ankle monitor upon his release to pretrial supervision for an alleged Assault 2, class B felony in the State of Alaska 3AN-18-09467CR.

7.  On April 20, 2020, law enforcement observed a Snapchat post from account username realpyrexpolo (previously identified as AARON PIATT's Snapchat account) referencing the previously listed shooting. The referenced post is depicted below:

//

//

//

//



8. On April 20, 2020, law enforcement also observed **AARON PIATT** post on Snapchat via account realpyrexpolo offering to sell a machinegun. The referenced post is depicted below:

//

//

//

//

//

//

Page **4** of **9**



9. On April 20, 2020, law enforcement observed a Facebook Live post via account username polo.longway (previously identified as **AARON PIATT**'s Facebook account) displaying a Glock style pistol that matched the description of the previously listed Snapchat post. The Glock style pistol appeared to have a unique back plate that visibly matched the description to a Glock Switch. A Glock Switch in itself meets the definition of a machinegun. The following photographs depict the previously listed video with **AARON PIATT** and the machinegun:

//

//

//

 

//

//

//

//

//

//


Apr 23 2020

Page **6** of **9**



10. During the Facebook Live video **AARON PIATT** made such comments that could be perceived as threats while holding firearms and/or firearms in his presence.

11. On April 22, 2020, Anchorage Police Department (APD) applied for, was granted, and executed State Search Warrant 3AN-20-1418SW for 7421 Foxridge Way, Apt B, Anchorage, Alaska (the known address of **AARON PIATT**).

//



12. APD recovered the previously listed machinegun, the machinegun was located on **AARON PIATT**'s bed. I have observed the photographs of the Glock style pistol taken from the scene and based on my training and experience it is visually consistent with Glock Switches that I have previously recovered and examined in the past. Furthermore **AARON PIATT** posted that the firearm was fully automatic and made statements in an interview admitting that he purchased the Glock Switch and installed it. APD also recovered and/or documented approximately 11.2 gram of suspected cocaine base (Crack), approximately 9 round pills of suspected methamphetamine, approximately 1 round pill of suspected MDMA, approximately 531.4 grams of marijuana, several digital scales, a currency counter, other drug paraphernalia, and additional firearms from the residence. APD also recovered approximately eight thousand dollars in US currency from **AARON PIATT**'s person. The quantity of drugs along with the scales and the cash indicate that the drugs were possessed with the intent to distribute. The previously listed narcotics were field tested (excluding the marijuana) and received presumptive positive results.

13. Based upon my training and experience the variety of narcotics, the amount of narcotics, the digital scales, the currency counter, and $8,000 in US currency is consistent with a person who is actively involved in the distribution and sale of narcotics.

14. On April 22, 2020, during a post-Miranda Warning interview **AARON PIATT** admitted that he purchased the Glock Switch "machinegun" from a person that he knew for approximately $10 and installed the Glock Switch himself. **AARON PIATT** admitted that he knew that the Glock Switch was illegal and utilized his firearms for protection.

Case 3:20-mj-00214-MMS   Document 1-1   Filed 04/24/20   Page 8 of 9



15. On April 22, 2020, ATF SA Borgeson conducted an NFA check and confirmed that no NFA weapons are registered to PIATT.

## CONCLUSION

Based on the aforementioned information and my training and experience in firearm and narcotic related investigations, I believe that there is probable cause to believe that **AARON MARQUISE PIATT**, knowingly possessed an unregistered machinegun, a violation of Title 18, United States Code, Section 922(o)(1), and knowingly possessed a firearm in furtherance of drug trafficking, a violation of Title 18 United States Code 924(c).

_____
RYAN BORGESON
SPECIAL AGENT
BUREAU OF ALCOHOL, TOBACCO,
FIREARMS and EXPLOSIVES (ATF)

Sworn telephonically and signed electronically in Anchorage, Alaska this 23rd day of April 2020.

_____
Matthew M. Scoble
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT for the
DISTRICT OF ALASKA